IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICKEY RAY TAYLOR

    Plaintiff,

v.                                                                                         No. 20-cv-536 KG-KBM

CITY OF CARLSBAD, *et al*,

    Defendants.

## ORDER EXTENDING AMENDMENT DEADLINE

This matter is before the Court on Plaintiff's Motion for Extension. (Doc. 18). The Court directed Plaintiff to amend his prisoner civil rights complaint by May 24, 2021. (Doc. 16) at 2. He requests an unspecified extension based on mailing issues in jail. The finds good cause to grant the Motion. Plaintiff may file an amended complaint by June 25, 2021. If Plaintiff declines to timely amend, the Court may dismiss this case without prejudice for failure to prosecute.

IT IS ORDERED that the deadline to file an amended complaint is extended through June 25, 2021.

_____
UNITED STATES DISTRICT JUDGE