IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICKEY RAY TAYLOR, JR.,

    Plaintiff,

v.                                                               1:20-cv-00536-DHU-JMR

CITY OF CARLSBAD, New Mexico;
TREY THOMPSON, City of Carlsbad
Police Officer, and ARTESIA GENERAL HOSPITAL,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on March 31, 2023.  Doc. 64.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id*. at 2.  To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 64) is ADOPTED;
2.
3.     Plaintiff's Renewed Motion for Clerk to Enter Default Judgment (Doc. 55) is DENIED with prejudice.

                                                           _____
                                                               UNITED STATES DISTRICT JUDGE