IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICKEY RAY TAYLOR, JR.,

     Plaintiff,

v.                                                      1:20-cv-00536-DHU-JMR

CITY OF CARLSBAD, New Mexico;
TREY THOMPSON, City of Carlsbad
Police Officer, and ARTESIA GENERAL HOSPITAL,

     Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

     The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on March 31, 2023.  Doc. 65.  The proposed findings notified the parties of their

ability to file objections within fourteen (14) days and that failure to do so waived appellate

review.  *Id.* at 3.  To date, the parties have not filed any objections and there is nothing in the

record indicating that the proposed findings were not delivered.

     Wherefore,

     **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 65) is ADOPTED;

2.     Plaintiff's "FRCP Rule 60 Motion Requesting Relief from Doc. 28, Doc. 32 and Magistrate[']s [R]ecommendation Concerning [D]efendant City of Carlsbad," (Doc. 52) is DENIED with prejudice.

_____

UNITED STATES DISTRICT JUDGE