IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICKEY RAY TAYLOR, JR.,

    Plaintiff,

v.                                                                 1:20-cv-00536-DHU-JMR

TREY THOMPSON, SERGEANT
CASTANEDA, CORPORAL COX,
SERGEANT GRIFFIN, SERGEANT
RICHARD, DIVISION CAPTAIN DOE,
CITY OF CARLSBAD, CARLSBAD
MEDICAL CENTER, DOCTOR KELLY
GLENN, and DOCTOR CAMILLE
DOAN,

    Defendants.

## ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITIONS

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") regarding defendant Carlsbad Medical Center's Motion for Summary Judgment on March 27, 2024. Doc. 253. On March 28, 2024, the Magistrate Judge filed her Proposed Findings and Recommended Disposition regarding defendants Dr. Kelly Glenn's and Dr. Camille Doan's Motion to Dismiss. Doc. 255. Both PFRDs notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. On April 8, 2024, plaintiff, *prose,* filed joint objections to both PFRDs. Doc. 260. The defendants did not respond.

Pursuant to FED. R. Clv. P. 72(b), the Court has conducted a *de novo* review of the record and all parts of each of the Magistrate Judge's PFRDs that have been properly objected to. After conducting this *de novo* review and having thoroughly considered the Magistrate Judge's PFRDs and the applicable objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended dispositions.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Plaintiff's objections (Doc. 260) are OVERRULED;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 253) regarding defendant Carlsbad Medical Center's Motion for Summary Judgement are ADOPTED;

3. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 255) regarding defendants Dr. Kelly Glenn's and Dr. Camille Doan's Motion to Dismiss are ADOPTED;

4. The Court hereby dismisses all claims against defendants Carlsbad Medical Center, Dr. Kelly Glenn, and Dr. Camille Doan with prejudice.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE